**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIANA CUMMINGS,**

        **Plaintiff,**

**-vs-**                          **Case No. 6:06-cv-881-Orl-31KRS**

**HANCOCK INFORMATION GROUP, INC.,**

        **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal (Doc. No. 23), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that, although the Court cannot approve a settlement agreement without reviewing same, in light of the Stipulation, this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 10, 2007.

                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party